# United States Bankruptcy Court
### Eastern District of Texas

In re   McKinney Shores Hotel Partners, Inc.                               ,      Case No.   09-42778

                                        Debtor                    Chapter          11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 55,343.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 11,519,883.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 459.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 13,836,777.49 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 55,343.00 | | |
| Total Liabilities | | | | 25,357,120.06 | |

In re     McKinney Shores Hotel Partners, Inc.                  Case No.    09-42778

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Those certain 12.8277 acres and any improvements thereon located at 1900 Gateway Boulevard, McKinney, Texas 75069 | | - | Unknown | 11,519,883.12 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

   0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    McKinney Shores Hotel Partners, Inc.                         Case No.    09-42778

                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account (No. xxxxx5561) | - | 5,343.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >        5,343.00
                                           (Total of this page)

  2    continuation sheets attached to the Schedule of Personal Property

In re    McKinney Shores Hotel Partners, Inc.                   ,    Case No.    09-42778

                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against the City of McKinney, McKinney Economic Development Corp., McKinney Community Development Corp, Thad Helsley and Bill Cox in Civil Action No. 4:09-cv-284, pending with the U.S. District Court, Eastern District of Texas, Sherman Division. | - | 50,000.00 |

                                              Sub-Total >    50,000.00
                                         (Total of this page)

Sheet  1  of  2  continuation sheets attached
to the Schedule of Personal Property

In re   McKinney Shores Hotel Partners, Inc.                                    Case No.  09-42778
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            0.00
(Total of this page)
Total >        55,343.00

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    McKinney Shores Hotel Partners, Inc.                                    Case No.    09-42778
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Abernathy Roeder Boyd & Joplin, PC Attention: Ray Murphy 1700 Redbud Boulevard, Suite 300 P.O. Box 1210 Mckinney, TX 75070-1210 | | - | | | | | | | | |
| | | | | | Value $               0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| Alpha Testing Attention: Jeff Thomas 2209 Wisconsin Street, Suite 100 Dallas, TX 75229 | | - | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $            Unknown | | | | 125,120.00 | Unknown |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| Barbara, Inc. d/b/a Barbara HDS 5454 LaSierra Drive, Suite 223 Dallas, TX 75231 | | - | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $            Unknown | | | | 62,179.41 | Unknown |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Canterbury Elder Gooch, et al. Attention: Andrea A. Hight 5005 LBJ Freeway, Suite 1000 Dallas, TX 75244 | | - | | | | | | | | |
| | | | | | Value $               0.00 | | | | 0.00 | 0.00 |

_3_   continuation sheets attached

Subtotal
(Total of this page)

| 187,299.41 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    McKinney Shores Hotel Partners, Inc.                    Case No.    09-42778
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| Dywidag-Systems International USA Attention: Alesia Haynes 320 Marmon Drive Bolingbrook, IL 60440 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 87,806.72 | Unknown |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| HC Beck, Ltd. 1807 Ross Avenue, Suite 500 Dallas, TX 75201 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 8,273,674.91 | Unknown |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Martin Mason Stutz LLP Attention:  Peter T. Martin 3811 Turtle Creek Boulevard, Suite 1620 Dallas, TX 75219-4529 | - | | | | | | | | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Matthews, Stein, Shiels, et al. Attention:  Thomas A. Shiels 8131 LBJ Freeway, Suite 700 Dallas, TX 75251 | - | | | | | | | | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Contract | | | | | |
| McKinney Community Development Corp. 321 N. Central Expressway, Suite 240 McKinney, TX 75069 | - | | | | | X | X | X | | |
| | | | | | Value $          0.00 | | | | Unknown | Unknown |

Sheet __1__ of __3__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

8,361,481.63                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   McKinney Shores Hotel Partners, Inc.            Case No.   09-42778

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.** | | | | | Mechanic's and Materialman's Lien | | | | | |
| Mustang Electric Supply, L.L.C. Attention: Vivian Hunker 1000-A Lake Ridge Road Lewisville, TX 75056 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 88,377.29 | Unknown |
| **Account No.** | | | | | Contract | | | | | |
| PDPM Management Group, Inc. 2401 N. Palm Drive Signal Hill, CA 90755 | - | | | | | X | X | X | | |
| | | | | | Value $          0.00 | | | | 272,771.06 | Unknown |
| **Account No.** | | | | | Mechanic's and Materialman's Lien | | | | | |
| Prism Electric, Inc. Attention: Ms. Kim Combs 2916 National Drive Garland, TX 75041 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 1,137,494.80 | Unknown |
| **Account No.** | | | | | Mechanic's and Materialman's Lien | | | | | |
| Rodman, LLC P.O. Box 957 Frisco, TX 75034 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 974,188.70 | Unknown |
| **Account No.** | | | | | Mechanic's and Materialman's Lien | | | | | |
| TD Industries, Inc. Attention: Sylvia Stephens 13850 Diplomat Drive P.O. Box 819060 Dallas, TX 75381-9060 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $          Unknown | | | | 389,518.64 | Unknown |

Sheet  2  of  3  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     2,862,350.49     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    McKinney Shores Hotel Partners, Inc.                              Case No.    09-42778
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| Three Architecture, Inc. Attention: Dan Hammons 4040 N. Central Expressway, Suite 200 Dallas, TX 75204 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $ Unknown | | | | 37,561.78 | Unknown |
| Account No. | | | | | Mechanic's and Materialman's Lien | | | | | |
| TXI Operations, LP Attention: Kevin Brashear 1341 W. Mockingbird Lane Dallas, TX 75247 | - | | | | McKinney Construction Project | X | X | X | | |
| | | | | | Value $ Unknown | | | | 71,189.81 | Unknown |
| Account No. | | | | | NOTICE ONLY | | | | | |
| Wear Law Offices Attention: Charles E. Wear, Jr. 1811 W. Park Row Arlington, TX 76013 | - | | | | | | | | | |
| | | | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 108,751.59 | 0.00 |
| Total (Report on Summary of Schedules) | 11,519,883.12 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    McKinney Shores Hotel Partners, Inc.                                          Case No. _____09-42778_____
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     _____1_____  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    McKinney Shores Hotel Partners, Inc.                                Case No.    09-42778
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Property Taxes | | | | | | |
| Tax Assessor/Collector for Collin County Attention: Kenneth L. Maun P.O. Box 8046 McKinney, TX 75070-8046 | - | | | | | | 459.45 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 459.45 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 459.45 | 0.00 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   McKinney Shores Hotel Partners, Inc.                                      Case No.   09-42778
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract | | | | |
| 2cdesign, Inc. 3303 Lee Parkway, 5th Floor Dallas, TX 75219 | - | | | | | | 8,609.00 |
| Account No. | | | Arbitration Fees | | | | |
| American Arbitration Association 1633 Broadway, 10th Floor New York, NY 10019 | - | | | | | | 1,890.00 |
| Account No. | | | McKinney Construction Project | | | | |
| Arrowhead Rebar, L.P. Attention: Ms. Nadra Hackney 4700 Singleton Boulevard Dallas, TX 75212 | - | | | X | X | X | 352,206.76 |
| Account No. | | | McKinney Construction Project | | | | |
| Calhar Construction, Inc. 2138 Calhar Drive Melissa, TX 75454 | - | | | X | X | X | 203,879.89 |

  6   continuation sheets attached

Subtotal (Total of this page)      566,585.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                S/N:24395-090831   Best Case Bankruptcy

In re    McKinney Shores Hotel Partners, Inc.                                   Case No.     09-42778
_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | McKinney Construction Project | | | | |
| Capform, Inc. Attention: Jim Renaud 1455 Halsey Way P.O. Box 111130 Carrollton, TX 75011-1130 | - | | | X | X | X | 1,383,743.39 |
| Account No. | | | McKinney Construction Project | | | | |
| Contech Construction Products, Inc. Attention: Bernie Cowan 9025 Centre Pointe Drive West Chester, OH 45069 | - | | | X | X | X | 315,409.67 |
| Account No. | | | McKinney Construction Project | | | | |
| Crawford Electric Supply Company, Inc. Attention: Dickey L. Johnson 10444 N. Stemmons Freeway Dallas, TX 75220 | - | | | X | X | X | 72,699.31 |
| Account No. | | | Contract | | | | |
| Development Management Group 5054 Dorsey Hall Drive, Suite 204 Ellicott City, MD 21042 | - | | | X | X | X | Unknown |
| Account No. | | | Contract | | | | |
| Forrest Perkins, LLC Attention: Tim Terry 2651 Harwood, Suite 300 Dallas, TX 75201 | - | | | | | | 162,693.88 |

Sheet no.  1   of  6    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,934,546.25

In re   McKinney Shores Hotel Partners, Inc.                          ,          Case No.   09-42778
_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | McKinney Construction Project | | | | |
| Gabriel Steel, LLC<br>Attention: Gabriel Cruz<br>2646 Sharon Street<br>Dallas, TX 75211 | - | | | X | X | X | 57,706.05 |
| Account No. | | | Development fee | | | | |
| GMS Trust<br>Attention: Gary Safady<br>Suite 406<br>9663 Santa Monica Boulevard<br>Beverly Hills, CA 90210 | - | | | | | | 1,373,849.00 |
| Account No. | | | Employee Contract | | | | |
| Holt Dunlop<br>1951 Fox Hills Drive<br>Los Angeles, CA 90025 | - | | | X | X | X | Unknown |
| Account No. | | | Contract | | | | |
| HVS International<br>Attention: Amanda L. Repert<br>2601 Sagebrush Drive, Suite 101<br>Flower Mound, TX 75028 | - | | | X | X | X | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Kelly M. Davis & Associates<br>Attention: Katie H. Manchaca<br>550 Edmonds Lane, Suite 201<br>Lewisville, TX 75067 | - | | | | | | 0.00 |

Sheet no.  2   of  6   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,431,555.05

In re    McKinney Shores Hotel Partners, Inc.                                     Case No.    09-42778
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contract | | | | |
| Kimley-Horn and Associates Attention: David K. Kochalka 5750 Genesis Court, Suite 200 Frisco, TX 75034 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | McKinney Construction Project | | | | |
| Lattimore Materials Company, L.P. Attention: Ms. Carol Richardson P.O. Box 556 McKinney, TX 75070-0556 | - | | | | | X | X | X | 420,605.55 |
| Account No. | | | | | McKinney Construction Project | | | | |
| Lightning Protection Bonded Systems, Ltd. Attention: Maran Wiebe 122 Leesley Lane Argyle, TX 76226 | - | | | | | X | X | X | 4,179.60 |
| Account No. | | | | | Legal Fees | | | | |
| Locke Lord Bissell & Liddell LLP Attention: J. Clint Schumacher 2200 Ross Avenue, Sutie 2200 Dallas, TX 75201 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Contract | | | | |
| Mason Retail Group 1720 Lancaster Street Baltimore, MD 21231 | - | | | | | X | X | X | Unknown |

Sheet no.  3  of  6  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

424,785.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   McKinney Shores Hotel Partners, Inc.                                      Case No.    09-42778
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contract | | | | |
| MBH Architects Attention: Greg Simonoff 1300 Dover Street, Suite 100 Newport Beach, CA 92660 | | - | | | X | X | X | Unknown |
| Account No. | | | | Development and Incentive Agreement | | | | |
| McKinney Community Development Corp. 321 N. Central Expressway, Suite 240 McKinney, TX 75069 | | - | | | X | X | X | Unknown |
| Account No. | | | | Contract | | | | |
| Mesa Design Associates, Inc. 1807 Ross Avenue, Suite 333 Dallas, TX 75201 | | - | | | | | | 47,802.26 |
| Account No. | | | | Loan | | | | |
| O&S Holdings, LLC Suite 406 9663 Santa Monica Boulevard Beverly Hills, CA 90210 | | - | | | | | | 9,322,128.39 |
| Account No. | | | | McKinney Construction Project | | | | |
| Reynolds Asphalt & Construction 12650 Calloway Cemetery Road P.O. Box 370 Euless, TX 76039 | | - | | | X | X | X | 77,537.70 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,447,468.35

B6F (Official Form 6F) (12/07) - Cont.

In re   McKinney Shores Hotel Partners, Inc.                    Case No.    09-42778
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract | | | | |
| South Forks Trinity River Mitigation Group 1, Ltd. Attention: J.M. Powers 1150 Highway 205 South Rockwall, TX 75032 | - | | | | X | | Unknown |
| Account No. | | | McKinney Construction Project | | | | |
| Southwest Construction Services 11430 Newkirk Drive Dallas, TX 75229 | - | | | X | X | X | 5,125.18 |
| Account No. | | | Contract | | | | |
| Studio Three 3421 Tripp Court San Diego, CA 92121 | - | | | | | | 250.00 |
| Account No. | | | Contract | | | | |
| The Greeby Companies, Inc. 611 Rockland Road, Suite 106 Lake Bluff, IL 60044-2000 | - | | | | X | | Unknown |
| Account No. | | | Vendor Contract | | | | |
| The Stroud Group 9130 Red Branch Road, Suite 5 Columbia, MD 21045 | - | | | | | | 26,137.86 |

Sheet no. 5 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          31,513.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    McKinney Shores Hotel Partners, Inc.                              Case No.    09-42778
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.                                              Contract | | | | | | | | | |
| Westin Hotel Management, L.P. c/o Starwood Motels & Resorts Worldwide, Inc. 1111 Westchester Avenue White Plains, NY 10604 | - | | | | | X | X | X | Unknown |
| Account No.                   McKinney Construction Project | | | | | | | | | |
| Wylie Drilling & Drainage, Inc. Attention:  Samantha Hurst P.O. Box 814 Farmersville, TX 75442 | - | | | | | X | X | X | 324.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no.  6  of  6  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 324.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 13,836,777.49 |

In re    McKinney Shores Hotel Partners, Inc.                                          Case No.    09-42778
_____                          _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 2cdesign, Inc.<br>3303 Lee Parkway, 5th Floor<br>Dallas, TX 75219 | Exterior Design Consultant Contract |
| Alpha Testing, Inc.<br>Attention: Jeff Thomas<br>2209 Wisconsin Street, Suite 100<br>Dallas, TX 75229 | Geotechnical Engineering, Construction Materials Engineering & Testing, Environmental Consulting Contract |
| Barbara, Inc. d/b/a Barbara HDS<br>5454 LaSierra Drive, Suite 223<br>Dallas, TX 75231 | Development Management Consultant Contract |
| Forrest Perkins, LLC<br>Attention: Tim Terry<br>2651 Harwood, Suite 300<br>Dallas, TX 75201 | Consultant Services Contract |
| HC Beck, Ltd.<br>1807 Ross Avenue, Suite 500<br>Dallas, TX 75201-8006 | Construction Management Contract |
| Holt Dunlop<br>1951 Fox Hills Drive<br>Los Angeles, CA 90025 | Employee Contract |
| HVS International<br>Div of DFW Hospitality Consulting LLC<br>Attention: Amanda L. Repert<br>2601 Sagebrush Drive, Suite 101<br>Flower Mound, TX 75028 | Hospitality Consulting Services Contract |
| Kimley-Horn and Associates, Inc.<br>Attention: David K. Kochalka<br>9300 Wade Boulevard, Suite 320<br>Frisco, TX 75035 | Consultant Services Contract |
| Mason Retail Group<br>1720 Lancaster Street<br>Baltimore, MD 21231 | Contractor Contract |
| MBH Architects<br>Attention: Greg Simonoff<br>1300 Dover Street, Suite 100<br>Newport Beach, CA 92660 | Contract for consultant services with O&S Holdings, LLC |

1
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| McKinney Community Development Corp.<br>321 N. Central Expressway, Suite 240<br>McKinney, TX 75069 | Development and Incentive Agreement |
| Mesa Design Associates, Inc.<br>1807 Ross Avenue, Suite 333<br>Dallas, TX 75201 | Landscape Architect Contract |
| PDPM Management Group, Inc.<br>2401 N. Palm Drive<br>Signal Hill, CA 90755 | Construction Management Contract |
| The Greeby Companies, Inc.<br>611 Rockland Road, Suite 106<br>Lake Bluff, IL 60044-2000 | Owner's Representative Services Contract |
| Three Architecture, Inc.<br>Attention: Dan Hammons<br>4040 N. Central Expressway, Suite 200<br>Dallas, TX 75204 | Design/Construction Contract |
| Westin Hotel Management, L.P.<br>c/o Starwood Motels & Resorts Worldwide, Inc.<br>1111 Westchester Avenue<br>White Plains, NY 10604 | Hotel License Agreement |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    McKinney Shores Hotel Partners, Inc.                                          Case No.    09-42778
_____ ,
                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| McKinney Shores Partners, L.P.<br>1904 Gateway Boulevard<br>McKinney, TX 75069 | Kimley-Horn & Associates<br>Attention: David K. Kochalka<br>9300 Wade Boulevard, Suite 320<br>Frisco, TX 75035 |
| McKinney Shores, LLC<br>1904 Gateway Boulevard<br>McKinney, TX 75069 | HVS International<br>Div of DFW Hospitality Consulting LLC<br>Attention: Amanda L. Repert<br>2601 Sagebrush Drive, Suite 101<br>Flower Mound, TX 75028 |
| O&S Holdings, LLC<br>Suite 406<br>9663 Santa Monica Boulevard<br>Beverly Hills, CA 90210 | Holt Dunlap<br>1951 Fox Hills Drive<br>Los Angeles, CA 90025 |

    0
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Eastern District of Texas

In re  McKinney Shores Hotel Partners, Inc. _____
          _____   Debtor(s)

Case No.  09-42778 _____

Chapter    11 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  September 15, 2009 _____

Signature _____
Gary M. Safady
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Texas

In re    McKinney Shores Hotel Partners, Inc.

Case No.    09-42778

Debtor

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Christopher D. Shane<br>9663 Santa Monica Boulevard, Suite 406<br>Beverly Hills, CA 90210 | Corporation | 5 percent | Stock |
| GMS Trust U/D/T<br>c/o Gary M. Safady, Trustee<br>9663 Santa Monica Boulevard, Suite 406<br>Beverly Hills, CA 90210 | Corporation | 47.5 percent (approx.) | Stock |
| Orfalea Family Living Trust<br>c/o Paul J. Orfalea and<br>Natalie Fleet Orfalea, Trustees<br>2151 Alessandro Drive, Suite 145<br>Ventura, CA 93001 | Corporation | 47.5 percent (approx.) | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September 15, 2009

Signature    _____
Gary M. Safady
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0    continuation sheets attached to List of Equity Security Holders