
10/20/2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-42778-BRT-11 |
| MCKINNEY SHORES HOTEL | § | |
| PARTNERS, INC. | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

### ORDER GRANTING REQUEST FOR EMERGENCY HEARING ON EMERGENCY MOTION TO SHORTEN DISCOVERY PERIODS IN CONNECTION WITH THE MOTION OF H.C. BECK, LTD. FOR RELIEF FROM THE AUTOMATIC STAY, WITHOUT WAIVER OF 30-DAY HEARING REQUIREMENT, AND REQUEST FOR HEARING IN PLANO, TEXAS[1]

**CAME ON FOR CONSIDERATION** the *Request for Emergency Hearing on Emergency Motion to Shorten Discovery Periods in Connection with the Motion of H.C. Beck, Ltd. for Relief from the Automatic Stay* (the "Emergency Request"). The Court, having considered the Emergency Request finds and concludes that: (a) the Court has jurisdiction over this matter; (b) due notice of the Emergency Request was proper and adequate, and that no further notice is necessary; and (c) the relief requested in the Emergency Request is in the best interest of all interested parties. After due deliberation thereon and there being good and sufficient cause it is hereby:

**ORDERED** that the Emergency Request is granted; and it is further

**ORDERED** that an Emergency Hearing will be held on October 22, 2009 at 10:30 a.m. in Suite 600 of the United States Bankruptcy Court, 660 North Central Expressway, Plano, Texas 75074.

Signed on 10/20/2009

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

# # #

---

[1] Capitalized terms not otherwise defined herein should be given the meaning ascribed to them in the Emergency Request.

_____
**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**           **Page 2 of 2**