

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McKINNEY SHORES HOTEL PARTNERS, INC., | § § § | Case No. 09-42778-BTR |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER ON EMERGENCY MOTION TO SHORTEN
DISCOVERY PERIODS IN CONNECTION WITH THE MOTION OF
H.C. BECK, LTD. FOR RELIEF FROM THE AUTOMATIC STAY**

On the 22nd day of October, 2009, came on for consideration the Emergency Motion to Shorten Discovery Periods in connection with the Motion of H.C. Beck, Ltd. For Relief from the Automatic Stay, Without Waiver of 30-Day Hearing Requirement, and Request for Hearing in Plano, Texas ("Emergency Motion") filed herein by H.C. Beck, Ltd. ("HCB"); and the Court, having considered the Emergency Motion, the Objection to the Emergency Motion ("Objection") filed by McKinney Shores Hotel Partners, Inc. ("Debtor"), and the arguments of counsel, hereby finds that the relief requested should be granted in part and denied in part. It is therefore,

ORDERED, that in connection with HCB's pending Motion for Relief from the Automatic Stay, HCB shall be entitled to discovery only as to what portions of HCB's claims are not in dispute by the Debtor and the pending written discovery by HCB shall be revised and served on counsel for the Debtor based on this limitation; It is further,

ORDERED, that the Debtor shall have ten (10) days from the date of service to respond to the revised discovery; It is further,

ORDERED, that all other relief requested by HCB in the Emergency Motion is hereby denied.

Signed on 10/28/2009

*Brenda T. Rhoades* SR

**AGREED:**

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

___/s/ Joe Marshall_____
Joe Marshall
Texas Bar No. 13031100
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
Telephone: (214) 855-7573
Facsimile: (214) 978-4365

COUNSEL FOR DEBTOR


___/s/ Michael P. Massad, Jr._____
Michael P. Massad, Jr.
Texas Bar No. 24056871
WINSTEAD PC
1201 Elm Street, Suite 5400
Dallas, TX 75270
Telephone: (214) 855-5400
Facsimile: (214) 745-5390

COUNSEL FOR H.C. BECK, LTD.

---

ORDER ON EMERGENCY MOTION TO SHORTEN DISCOVERY PERIODS IN CONNECTION
WITH THE MOTION OF H.C. BECK, LTD. FOR RELIEF FROM THE AUTOMATIC STAY – Page 2

MHDocs 2303325_1 10970.4